IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREA L. CHANEY *for S.S.L.*,

Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

Defendant.

CIVIL ACTION NO. 19-cv-00651

## ORDER

**AND NOW** this 17th day of January, 2020, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 20) is **GRANTED,** and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings before a different, constitutionally appointed ALJ;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

RICHARD A. LLORET
U.S. Magistrate Judge